```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 01759
   JOHN J MILLER
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY
           Debtor
   SSN XXX-XX-2949


-----------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
      The case was filed on 01/20/2005 and was confirmed 04/07/2005.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  63.89% from remaining funds.

      The case was dismissed after confirmation 02/28/2008.
-----------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
-----------------------------------------------------------------------
AMERICAN AGC               UNSECURED      NOT FILED         .00            .00
AMERICAN AGENCIES          NOTICE ONLY    NOT FILED         .00            .00
CAPITAL ONE BANK           UNSECURED         561.63         .00         257.38
CAPITAL ONE BANK           UNSECURED         603.43         .00         276.54
FLORIDA POWER & LIGHT      UNSECURED             .00        .00            .00
ILLINOIS DEPT OD REVENUE   UNSECURED      NOT FILED         .00            .00
ECAST SETTLEMENT CORP      UNSECURED        5238.46         .00        2475.27
AMERICAN RESORTS INTERNA   UNSECURED      NOT FILED         .00            .00
CITY OF CHICAGO PARKING    UNSECURED        2170.00         .00         994.45
ERNESTO D BORGES JR        DEBTOR ATTY    1,294.00                    1,294.00
TOM VAUGHN                 TRUSTEE                                      302.36
DEBTOR REFUND              REFUND                                          .00

         Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                      RECEIPTS              DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE              5,600.00

PRIORITY                                            .00
SECURED                                             .00
UNSECURED                                      4,003.64
ADMINISTRATIVE                                 1,294.00
TRUSTEE COMPENSATION                             302.36
DEBTOR REFUND                                       .00
                   --------------           --------------
TOTALS               5,600.00                  5,600.00




              PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 05 B 01759 JOHN J MILLER
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 05/27/08 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |

PAGE   2
CASE NO. 05 B 01759 JOHN J MILLER